IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **ONOFRE RIOS AND ELVA RIOS** | § § | |
| **Plaintiffs,** | § § | |
| v. | § § | CIVIL ACTION NO. 7:15-cv-00550 |
| | § | JURY DEMANDED |
| **WELLINGTON INSURANCE COMPANY** | § § § | |
| **Defendants** | | |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFFS

Plaintiffs, Onofre Rios and Elva Rios; Defendant, Wellington Insurance Company; and Defendant/Intervenor, CastlePoint National Insurance Company; file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Onofre Rios and Elva Rios, Defendant is Wellington Insurance Company, and Defendant/Intervenor is CastlePoint National Insurance Company.

2. On November 10, 2015, Plaintiffs sued Defendant in the District Court of Hidalgo County, Texas, Cause No. C-5596-15-G. On December 22, 2015 Wellington Insurance Company filed its Original Answer. Defendant/Intervenor, CastlePoint National Insurance Company, filed its Original Petition in Intervention on December 22, 2015. On December 22, 2015, CastlePoint National Insurance Company filed its Notice of Removal.

3. On or about March 2, 2016, the parties settled this case. As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled. Plaintiffs now move to dismiss the suit against All Defendants, and Intervenors.

4. Defendants and Intervenor agree to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

        Respectfully submitted

        By:   /s/Thomas F. Nye
        Thomas F. Nye
        State Bar No. 15154025
        Southern Dist. No. 7952
        Attorney-in-charge
        tnye@gnqlawyers.com
        P.O. Box 6666
        Corpus Christi, Texas 78466
        Telephone: (361) 654-7008
        Fax: (361) 654-7001

        **ATTORNEYS FOR DEFENDANT,
        WELLINGTON INSURANCE
        COMPANY AND
        DEFENDANT/INTERVENOR,
        CASTLEPOINT NATIONAL
        INSURANCE COMPANY**

*Of counsel:*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 5959
Brownsville, Texas 78523
Telephone (956) 544-7110
Fax: (956) 544-0607

William Gault
State Bar No. 07765050
Southern Dist. No.14685
bgault@gnqlawyers.com

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361)654-7001

Mikell A. West
State Bar No. 24070832
Southern Dist. No. 1563058
mwest@gnqlawyers.com

By:    */s/Timothy M. Hoch\**
Timothy M. Hoch
State Bar No. 09744950
Fort Worth, Texas 76107
Telephone:  (817) 731-9703
Telecopier:  (817) 731-9706
tim@hochlawfirm.com

**COUNSEL FOR PLAINTIFFS,
ONOFRE RIOS AND ELVA RIOS**
*\*Signed with permission*

## CERTIFICATE OF SERVICE

     I certify that on March 31, 2016, a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiffs, Onofre Rios and Elva Rios, via electronic filing or regular mail:

*Attorney for Plaintiff*
Timothy M. Hoch
Hoch Law Firm, P.C.
Email: tim@hochlawfirm.com

**VIA E-FILING**

     /s/Thomas F. Nye
Thomas F. Nye